UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:21-cv-06412-AB (PVCx) | Date: October 15, 2024 |

| |
|---|
| Title: *Daniel Adams, et al. v. Ford Motor Company* |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER TO SHOW CASE TO PLAINTIFF DANNY KINCAID**

Order to Show Cause to Plaintiff **Danny Kincaid**:

You are a Plaintiff in the case *Daniel Adams, et al. v. Ford Motor Company*, 2:21-cv-06412-AB-PVC.

As of May 16, 2024, your former counsels' Motion to Withdraw as your counsel was granted. Counsel was relieved and you were designated to be representing yourself. On June 21, 2024, to try to move forward on your claims, this Court ordered Ford to reach out to you at the mailing and email addresses provided by former counsel. Ford has represented that it reached out as ordered, but has not received a response from you. Accordingly, it is unclear whether you intend to continue to pursue your claims.

The Court therefore issues this Order. If you wish to pursue your claims against Ford, you must file a Response to this Order stating that you intend to pursue your claims. You must update your contact information if necessary.

Alternatively, you may have an attorney file an appearance for you. You must file your response, or have an attorney appear for you, by **December 13, 2024**. If you do not respond or have an attorney appear for you by that date, the Court will take that to mean that you will not be pursuing your claims, and the Court will dismiss your claims without prejudice for lack of prosecution.

    **IT IS SO ORDERED**.